

# In the Missouri Court of Appeals
## Eastern District

FEBRUARY 9, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED102169    STATE OF MISSOURI, RES V JOHN ARMSTEAD III, APP

2.  ED102327 STATE OF MISSOURI, RES V ANTOINE BARTON, APP

3.  ED102456 JAMES EDWARD MUELLER, APP V STATE OF MISSOURI, RES

4.  ED102704 CURTIS LYLES, APP V STATE OF MISSOURI, RES

5.  ED102763 ANTHONY MACK, APP V STATE OF MISSOURI, RES

6.  ED102803 ANTHONY ELLIS, APP V STATE OF MISSOURI, RES

7.  ED102859 JADA BRADY, APP V CENTAUR BUILDING SERV & DES RES

8.  ED102870 DEJUAN TUCKER, APP V STATE OF MISSOURI, RES

9.  ED102888 STATE OF MISSOURI, RES V MAURICE WHITE, APP


**CORRECTION(S)**:

1.  ED103789 ST EX REL JODI DAVIS REL V C.  KUNZA MENNEYER RES

2.  ED103867    ST EX REL DAVID WILLS REL  V HON TOM DEPRIEST RES